**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| MONTRELL STEPHENSON, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | Civil Action No.: 1:25-cv-12411 <br><br> Judge Steven C. Seeger |

**MOTION SEEKING LEAVE FOR SUBSTITUTION OF COUNSEL**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Defendant Experian Information Solutions, Inc. ("Experian") moves the Court for leave to substitute Rachel Aranyi of Jones Day for Laura Brys of Goodwin Procter LLP as counsel of record for Experian, and for an Order directing all future notices, pleadings, correspondence or other papers to be served upon Experian at their eservice address, address, fax and phone number. *See* Signed Stipulation for Substitution of Counsel, attached as "Exhibit A".

Dated: June 22, 2026

Respectfully submitted,

/s/ *Rachel Aranyi*
Rachel Aranyi, Bar No. 6348687
raranyi@jonesday.com
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.269.4001

*Attorney for Defendant Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2026, I caused a copy of the foregoing to be electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois through the CM/ECF system, which will electronically send notice to counsel for all parties that have appeared in this case.

*s/ Rachel Aranyi*
Rachel Aranyi